# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00797-CR

**Michael Rosario, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 264TH DISTRICT COURT OF BELL COUNTY
## NO. 74380, THE HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## O R D E R   F O R   C L E R K   T O   P R O V I D E
## A P P E L L A T E   R E C O R D   T O   A P P E L L A N T

**PER CURIAM**

Appellant's court-appointed counsel has filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel has certified to the Court that he provided copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and supplied appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Appellant has requested access to the appellate record.

**We hereby direct the clerk of the trial court** to provide a copy of the reporter's record and clerk's record to appellant, and to provide written verification to this Court of the

date and manner in which the appellate record was provided, **on or before August 5, 2016**. *See id.* at 321.

It is ordered on July 26, 2016.


Before Chief Justice Rose, Justices Goodwin and Bourland

Do Not Publish